IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 26–cv–02048–MDB

MATTHEW BLAKE PRICE,

      Plaintiff,

v.

EXPRESS SCRIPTS, INC. d/b/a EXPRESS SCRIPTS,
CIGNA CORPORATION d/b/a CIGNA,

      Defendants.

---

### ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
### AND INITIAL CASE DEADLINES

---

This case has been directly assigned to Magistrate Judge Maritza Dominguez Braswell pursuant to D.C.COLO.LCivR 40.1(c) allowing the direct assignment of cases to magistrate judges.

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **June 29, 2026 at 11:00 a.m.** before Magistrate Judge Maritza Dominguez Braswell. The proceeding will be conducted by video using the attached instructions.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the Preliminary Scheduling Conference in advance of the parties' requirement to submit a Proposed Scheduling Order is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Please note that this date may be earlier or later than the default deadlines contemplated in D.C.COLO.LCivR 40.1(c)(4).

Dated this 4th day of June, 2026.

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge