

**EXHIBIT A**



Cigna-Evernorth Services Inc.     1601 Chestnut St Philadelphia, PA 19192     (215) 761-1000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Price, Matthew Blake | Cigna-Evernorth Services Inc. | 410657 | 11/26/2023 | 12/09/2023 | 12/05/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 14.33 | 647.80 | 50.29 | 110.60 | 214.26 | 272.65 |
| YTD | 1,718.53 | 40,660.97 | 1,506.99 | 8,719.17 | 7,772.34 | 22,662.47 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Cigna Bonus Plan | | | 0 | | 800.00 | OASDI | 37.43 | 2,452.64 |
| PTO Not Taken | 11/26/2023 - 12/01/2023 | 1.39 | 20.42 | 28.39 | 28.39 | Medicare | 8.75 | 573.60 |
| Holiday Pay | | | 0 | | 1,288.04 | Federal Withholding | 42.70 | 3,980.92 |
| PTO Pay | 11/26/2023 - 12/01/2023 | 16 | 20.42 | 326.72 | 2,375.88 | State Tax - CO | 19.00 | 1,534.00 |
| Paid Sick Time | | | 0 | | 1,052.47 | CO PFL (S) - COPFM | 2.72 | 178.01 |
| Standout Recognition Imp-Inc | | | 0 | | 168.24 | | | |
| Regular Pay | 11/26/2023 - 12/01/2023 | 14.33333 | 0 | 292.69 | 34,947.95 | | | |
| Earnings | | | | 647.80 | 40,660.97 | Employee Taxes | 110.60 | 8,719.17 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Contribution | 6.20 | 404.74 | 401K (LOAN02) | | 43.36 |
| Supplemental LTD (Regular) | 1.72 | 43.00 | 401K (LOAN03) | 53.40 | 1,335.00 |
| Dental (Regular) | 9.96 | 249.00 | 401K (LOAN04) | 14.76 | 280.44 |
| Medical (Regular) | 29.03 | 725.75 | AD&D Employee | 1.54 | 38.50 |
| Vision (Regular) | 3.38 | 84.50 | Critical Illness Ins (Regular) | 1.57 | 39.25 |
| | | | Term Life Employee | 0.83 | 20.75 |
| | | | Kashable Loan | | 2,343.44 |
| | | | Standout Recognition Offset | | 117.60 |
| | | | Support (13354063) | 139.85 | 3,496.25 |
| | | | IWO Employer Fee | 2.31 | 57.75 |
| Pre Tax Deductions | 50.29 | 1,506.99 | Post Tax Deductions | 214.26 | 7,772.34 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 6.20 | 404.74 | OASDI - Taxable Wages | 603.71 | 39,558.72 |
| Dental ER (Regular) | 11.54 | 288.50 | Medicare - Taxable Wages | 603.71 | 39,558.72 |
| Medical ER (Regular) | 326.74 | 8,168.50 | Federal Withholding - Taxable Wages | 597.51 | 39,153.98 |
| Employer Paid Benefits | 344.48 | 8,861.74 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Charitable Giving Time Off Plan (Se | 0 | 0 | 0 |
| Additional Withholding | 0 | | USA Paid Time Off Plan (Semi-Monthly) | 0.54 | 17.39 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Stride Bank, N.A., formerly Central National Bank & Tr. Co. | Chime | ******7477 | | 136.33 | USD |
| MVB Bank, Inc | CK | ******5229 | | 81.80 | USD |
| Ent Federal Credit Union | Ent Checking | ******1108 | | 54.52 | USD |