IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02048-MDB

MATTHEW PRICE,

      Plaintiff,

v.

EXPRESS SCRIPTS, INC. d/b/a EXPRESS SCRIPTS and
CIGNA CORPORATION d/b/a CIGNA,

      Defendants.

---

## DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

---

Pursuant to D.C.COLO.LCivR 6.1(b), Defendants Express Scripts, Inc. and Cigna Corporation ("Defendants"), by and through undersigned counsel, respectfully request a second extension of time to answer or otherwise respond to Plaintiff's Complaint and Jury Demand (the "Complaint") [ECF No. 3].  As grounds for this Motion, Defendants state as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel conferred with pro se Plaintiff via email on June 9, 2026, regarding the relief requested in this Motion. As Defendants have not heard back from Plaintiff, Defendants assume that Plaintiff opposes the relief requested herein.

2.      On May 12, 2026, Defendants filed a Notice of Removal with this Court [ECF No. 1] with all required pleadings from the state court action.  Plaintiff's Complaint can be located at ECF No. 3.

3.    On May 19, 2026, Defendants' filed a Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand [ECF No. 14].

4.    After the matter was fully briefed, on June 2, 2026, the Court granted Defendants' motion allowing them until June 9, 2026, to answer or otherwise respond [ECF No. 18].

5.    On June 9, 2026, the undersigned counsel filed an unopposed Motion with the Court to permit Cigna-Evernorth Services, Inc. ("Cigna-Evernorth") to intervene as a Defendant in this matter [ECF No. 20].

6.    Thereafter, the Court allowed Plaintiff the opportunity to respond to Defendants' Motion to Intervene, allowing Plaintiff until July 1, 2026, to do so [ECF No. 21].

7.    Defendants and Cigna-Evernorth's counsel will be filing a Motion to Compel and Stay Pending Arbitration rather than an Answer in this instant action; however; counsel believes it would be premature to do so until the Court has considered and ruled on Defendants and Cigna-Evernorth's Motion to Intervene as a Defendant in this lawsuit.

8.    Defendants and Cigna-Evernorth's counsel are ready to submit the intended Motion to Compel and Stay Pending Arbitration promptly following the Court's ruling on the Motion to Intervene.

9.    Therefore, Defendants respectfully request a seven (7) day extension of time to otherwise respond to the Complaint from the date of the ruling on Defendants' Motion to Intervene, which will be a Motion to Compel and Stay Pending Arbitration.

10.    No party will be prejudiced by the requested extension, and it is not sought for dilatory purposes and because this matter is in its infancy.

11.    Further, Defendants seek this extension of time in order that they may most effectively streamline the litigation process.

12.    Pursuant to D.C.COLO.LCivR 6.1(b), Defendants state that this is their second request for extension of time to answer or otherwise respond.

13.    Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel states that a copy of this motion will be served contemporaneously on Defendants.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the deadline to answer or otherwise respond to Plaintiff's Complaint to seven (7) days after the ruling on Defendants' Motion to Intervene.

Respectfully submitted this 9th day of June, 2026.

JACKSON LEWIS P.C.


*s/ Marques A. Berrington*
Marques A. Berrington
Jonathan T. Smith
1400 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 409-3833
Marques.Berrington@jacksonlewis.com
Jonathan.Smith@jacksonlewis.com

*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of June, 2026, a true and correct copy of the foregoing **DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** was served via CM/ECF on the following:

Matthew Price, *pro se Plaintiff*
2207 East 12th Street, Apt. 77
Pueblo, CO 81001
Mattprice86@gmail.com

*s/ Melinda Tancrede*
For Jackson Lewis P.C.