EXHIBIT A

**Smith, Jonathan T. (Denver)**

| | |
|---|---|
| **From:** | Smith, Jonathan T. (Denver) |
| **Sent:** | Thursday, June 4, 2026 9:32 AM |
| **To:** | Matthew Price |
| **Cc:** | Berrington, Marques (Denver); Schowe, Denise (Denver) |
| **Subject:** | RE: Privileged and Confidential Settlement Communication Pursuant to C.R.E. 408 and F.R.E. 408 |
| **Attachments:** | Arbitration Agreement Acknowledgment.pdf; Employee Voluntary Arbitration Agreement.docx |

Good morning Mr. Price,

As you know, the Court granted our motion for extension of time to June 9. As previously communicated to you, we will be filing two motions:

1. A Motion to Intervene Cigna-Evernorth Services, Inc. as a Defendant.

2. A Motion to Compel Arbitration, based on your voluntary acknowledgement of the Employee Voluntary Arbitration Agreement.

To satisfy conferral requirements on both motions, please let me know whether you **do not oppose** or **oppose** each respective motion. I am emailing instead of calling as you have previously communicated you do not want to talk over the phone.

Best,

JL

**Jonathan T. Smith**
Attorney at Law

**Jackson Lewis P.C.**
1400 Wewatta Street
Suite 900
Denver, CO 80202
Direct: (303) 876-2214 | Main: (303) 892-0404
Jonathan.Smith@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Matthew Price <matt@mattp.cc>
**Sent:** Monday, May 18, 2026 5:28 PM
**To:** Smith, Jonathan T. (Denver) <Jonathan.Smith@jacksonlewis.com>
**Cc:** Berrington, Marques (Denver) <Marques.Berrington@jacksonlewis.com>; Schowe, Denise (Denver) <Denise.Schowe@jacksonlewis.com>
**Subject:** RE: Privileged and Confidential Settlement Communication Pursuant to C.R.E. 408 and F.R.E. 408

The correspondence record, including my emails of May 18, accurately reflects my position. Should Defendants' filing mischaracterize that position, I will address it in my response to the Court.